**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6491**

———————————

JERRY BERNARD JACKSON,

Plaintiff - Appellant,

versus

KELLY MILLER, prosecutor at Mecklenburg
County courts; SEAN F. PERRIN, prosecutor
at Mecklenburg County courts; KATHLEEN K.
LUCCHESI, prosecutor at Mecklenburg County
courts,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-04-12-3)

———————————

Submitted: May 13, 2004                    Decided:  May 20, 2004

———————————

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jerry Bernard Jackson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Bernard Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the district court's reasoning that Defendants were entitled to absolute immunity. See Jackson v. Miller, No. CA-04-12-3 (W.D.N.C. Feb. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED